**UNITED STATES, Appellee, v. Murray RICHER, Appellant.**

No. 298.

Circuit Court of Appeals, Second Circuit.

April 8, 1940.

Walter H. Schulman, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City, (Walter R. Mansfield, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.